**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13

KIMBERLY T. BROWN : BKY. NO. 18-10194ELF13

O R D E R

AND NOW, this 29th day of January, 2018 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules, Plan, Means Test and Statement of Financial Affairs.

It is Ordered that the Motion is Granted. Debtor has until **2/8/2018** to file the necessary Schedules, Plan, Means Test and Statement of Financial Affairs in the above captioned matter.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**